UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$8,280.00 U.S. CURRENCY;<br><br>2008 MERCEDES-BENZ S550, WASHINGTON LICENSE PLATE 455 XHZ, VIN: WDDNG86X98A180613;<br><br>2008 CHEVROLET CORVETTE, WASHINGTON LICENSE PLATE 407 YDA, VIN: 1G1YY36W885119060;<br><br>MISCELLANEOUS ITEMS OF JEWELRY,<br><br>Defendants. | NO: 2:10-CV-303-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Motion to Dismiss Civil Forfeiture Complaint, ECF No. 65. Having reviewed the Motion and the file and pleadings therein, the Court finds good cause to approve dismissal.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss, **ECF No. 65**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice with each party to bear its own costs, fees, and other expenses.

2. The stay is hereby lifted, and all pending motions, if any, are **denied as moot**.

3. All scheduled court hearings, if any, are **stricken**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 25th day of June 2015.

           *s/ Rosanna Malouf Peterson*
           ROSANNA MALOUF PETERSON
           Chief United States District Court Judge